# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Burlington Drug Company Milton**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 12457 | 3935475 | 9/2/2021 | 9/2/2021 | $ (25.58) | $ (25.58) |
| 12457 | 4009598 | 12/20/2021 | 12/20/2021 | $ (40.52) | $ (40.52) |
| 12457 | 4205281 | 11/15/2022 | 11/15/2022 | $ (3.60) | $ (3.60) |
| 12457 | 4215114 | 12/2/2022 | 12/2/2022 | $ 43.38 | $ 43.38 |
| 12457 | 4224978 | 12/16/2022 | 2/15/2023 | $ 2,342.16 | $ 2,342.16 |
| 12457 | 4226247 | 12/20/2022 | 2/19/2023 | $ 87.84 | $ 87.84 |
| 12457 | 4226249 | 12/20/2022 | 2/19/2023 | $ 87.84 | $ 87.84 |
| 12457 | 4228989 | 12/22/2022 | 2/21/2023 | $ 169.32 | $ 169.32 |
| 12457 | 4228997 | 12/22/2022 | 2/21/2023 | $ 846.60 | $ 846.60 |
| 12457 | 4229973 | 12/27/2022 | 2/26/2023 | $ 2,345.76 | $ 2,345.76 |
| 12457 | 4230728 | 12/28/2022 | 2/27/2023 | $ 1,217.04 | $ 1,217.04 |
| 12457 | 4231285 | 12/29/2022 | 2/28/2023 | $ 987.84 | $ 987.84 |
| 12457 | 4231290 | 12/29/2022 | 2/28/2023 | $ 307.20 | $ 307.20 |
| 12457 | 4231653 | 12/30/2022 | 3/1/2023 | $ 261.60 | $ 261.60 |
| 12457 | 4231654 | 12/30/2022 | 3/1/2023 | $ 117.60 | $ 117.60 |
| 12457 | 4231912 | 1/3/2023 | 3/5/2023 | $ 300.00 | $ 300.00 |
| 12457 | 4231913 | 1/3/2023 | 3/5/2023 | $ 258.72 | $ 258.72 |
| 12457 | 4232240 | 1/4/2023 | 3/6/2023 | $ 948.00 | $ 948.00 |
| 12457 | 4233493 | 1/6/2023 | 3/8/2023 | $ 1,100.64 | $ 1,100.64 |
| 12457 | 4233494 | 1/6/2023 | 3/8/2023 | $ 755.76 | $ 755.76 |
| 12457 | 4234568 | 1/9/2023 | 3/11/2023 | $ 928.32 | $ 928.32 |
| 12457 | 4234581 | 1/9/2023 | 3/11/2023 | $ 1,171.20 | $ 1,171.20 |
| 12457 | 4235876 | 1/11/2023 | 3/13/2023 | $ 677.28 | $ 677.28 |
| 12457 | 4235932 | 1/11/2023 | 3/13/2023 | $ 1,563.84 | $ 1,563.84 |
| 12457 | 4238773 | 1/12/2023 | 3/14/2023 | $ 679.68 | $ 679.68 |
| 12457 | 4240344 | 1/13/2023 | 3/15/2023 | $ 256.32 | $ 256.32 |
| 12457 | 4240388 | 1/13/2023 | 3/15/2023 | $ 1,499.16 | $ 1,499.16 |
| 12457 | 4248774 | 1/19/2023 | 3/21/2023 | $ 391.68 | $ 391.68 |
| 12457 | 4248790 | 1/19/2023 | 3/21/2023 | $ 169.32 | $ 169.32 |
| 12457 | 4248824 | 1/19/2023 | 3/21/2023 | $ 132.24 | $ 132.24 |
| 12457 | 4249911 | 1/20/2023 | 3/22/2023 | $ 1,779.60 | $ 1,779.60 |
| 12457 | 4249912 | 1/20/2023 | 3/22/2023 | $ 1,432.80 | $ 1,432.80 |
| 12457 | 4251524 | 1/23/2023 | 3/25/2023 | $ 928.32 | $ 928.32 |
| 12457 | 4258199 | 1/26/2023 | 3/28/2023 | $ 179.28 | $ 179.28 |
| 12457 | 4258203 | 1/26/2023 | 3/28/2023 | $ 1,973.28 | $ 1,973.28 |
| 12457 | 4259880 | 1/27/2023 | 3/29/2023 | $ 156.12 | $ 156.12 |
| 12457 | 4259881 | 1/27/2023 | 3/29/2023 | $ 1,956.00 | $ 1,956.00 |
| 12457 | 4259882 | 1/27/2023 | 3/29/2023 | $ 1,257.60 | $ 1,257.60 |
| 12457 | 4260643 | 1/30/2023 | 4/1/2023 | $ 2,450.16 | $ 2,450.16 |
| 12457 | 4263154 | 2/2/2023 | 4/4/2023 | $ 1,896.00 | $ 1,896.00 |
| 12457 | 4263155 | 2/2/2023 | 4/4/2023 | $ 952.68 | $ 952.68 |
| 12457 | 4263606 | 2/3/2023 | 4/5/2023 | $ 2,349.36 | $ 2,349.36 |
| 12457 | 4266702 | 2/8/2023 | 4/10/2023 | $ 507.96 | $ 507.96 |
| 12457 | 4267716 | 2/9/2023 | 4/11/2023 | $ 948.00 | $ 948.00 |
| 12457 | 4267721 | 2/9/2023 | 4/11/2023 | $ 298.80 | $ 298.80 |
| 12457 | 4268470 | 2/10/2023 | 4/12/2023 | $ 2,288.64 | $ 2,288.64 |
| 12457 | 4269725 | 2/13/2023 | 4/15/2023 | $ 464.16 | $ 464.16 |

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Burlington Drug Company Milton**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 12457 | 4272248 | 2/16/2023 | 4/18/2023 | $ 730.32 | $ 730.32 |
| 12457 | 4273040 | 2/17/2023 | 4/19/2023 | $ 390.24 | $ 390.24 |
| 12457 | 4273041 | 2/17/2023 | 4/19/2023 | $ 339.60 | $ 339.60 |
| 12457 | 4274307 | 2/20/2023 | 4/22/2023 | $ 129.36 | $ 129.36 |
| | | | **Totals:** | **$ 42,984.92** | **$ 42,984.92** |